EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Dohanie Sepúlveda Negroni | 2001 TSPR 62 |

Número del Caso: 6664


Fecha: 27/abril/2001


Colegio de Abogados de Puerto Rico:
                        Lcda. Mady Pacheco García de la Noceda


Oficina del Procurador General:
                        Lcda. Cynthia Iglesias Quiñones
                        Procuradora General Auxiliar


Abogada de la Parte Querellada:

                        Por Derecho Propio


Materia: Solicitud de Reinstalación



        Este documento constituye un documento oficial del Tribunal Supremo que está
        sujeto a los cambios y correcciones del proceso de compilación y publicación
        oficial de las decisiones del Tribunal. Su distribución electrónica se hace
        como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Dohanie Sepúlveda Negroni

6664

RESOLUCION

San Juan, Puerto Rico, a 27 de abril de 2001

Vista la Moción presentada por el Colegio de Abogados y examinado el Informe presentado por el Procurador General, se autoriza la reinstalación al ejercicio de la abogacía, de la querellada.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Isabel Llompart Zeno
Secretaria del Tribunal Supremo